JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>E Z PORTABLE BUILDINGS, INC., a Kentucky corporation, and TRENDON BURNETT, an individual,<br><br>Defendants. | Case No. 8:24-cv-000804-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 17]" filed substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants E Z Portable Buildings, Inc. and Trendon Burnett, jointly and severally, in the amount of **$192,047.63** (consisting of the principal amount of $166,176.54; prejudgment interest of $18,344.56; litigation costs of $603.00; and attorneys' fees of $6,923.53).

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 3, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE